**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-7039**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

CHARLES ANDERSON MILLER, a/k/a Sonny Miller,
a/k/a Bubba,

Defendant - Appellant.

---

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. W. Earl Britt, District Judge.
(CR-90-60, CA-96-434-5-BR)

---

Submitted: September 20, 1996      Decided: October 2, 1996

---

Before NIEMEYER, HAMILTON, and MOTZ, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Charles Anderson Miller, Appellant Pro Se.  Robert Daniel Potter, Jr., Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying his 28 U.S.C. § 2255 (1994) motion. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss on the reasoning of the district court. United States v. Miller, Nos. CR-90-60; CA-96-434-5-BR (E.D.N.C. June 26, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2